

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
JUDGE

November 30, 2021

Christopher A. Dunn
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, NW.
Suite 1300
Washington, DC 20006

Kelly A. Krystyniak
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Spencer Neff
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement & Compliance
1401 Constitution Avenue, NW.
Suite A202
Washington, DC 20230

Sarah E. Shulman
Cassidy Levy Kent (USA) LLP
900 19th Street, NW
Suite 400
Washington, DC 20006-2110

        Re:    *BlueScope Steel Ltd. v. United States*
                 Consol. Court No. 19-00057

Dear Counsel:

      It is my intention to issue a public version of the opinion in the above-captioned case in the near future. Previously identified confidential information is enclosed in double brackets. I do not believe that this information needs to remain confidential.

      Please review the text of the opinion and inform the court by December 7, 2021, in writing, whether or not any of the bracketed information should remain confidential. If you believe it should remain confidential, please state the basis for your belief. In addition, please notify the court


Consol. Court No. 20-CV-00023-RKE                                                                                        Page 2

whether any other (i.e., non-bracketed) information in the opinion is confidential and should be redacted in the public version.

                                                Very truly yours,

                                                /s/  Richard K. Eaton
                                                      Judge

cc: Casey Cheevers, Case Manager