# UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Richard K. Eaton**

|  |  |
|---|---|
| BlueScope Steel Ltd., BlueScope Steel (AIS) Pty Ltd. and BlueScope Steel Americas Inc., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | Court No. 19-00057 ) ) |
| United States, | ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| United States Steel Corporation, et al., | ) ) |
| Defendant-Intervenor. | ) ) |

## PLAINTIFF'S COMMENTS IN SUPPORT OF COMMERCE'S REMAND REDETERMINATION RESULTS

Pursuant to the Court's Order, dated February 23, 2022, ECF No. 71, we hereby provide these comments of BlueScope Steel Ltd, BlueScope Steel (AIS) Pty Ltd., and BlueScope Steel Americas Inc. (collectively, "Plaintiffs") in support of the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand Order ("Remand Redetermination"), ECF No. 72.

Plaintiff's comments can be brief and straightforward. First, Commerce's Remand Redetermination fully complies with the decision and remand instructions of this Court Slip Op. 21-160, dated November 30, 2021.

And second, the new substantive decision set for in Commerce's Remand Determination rendering a calculated a weighted-average dumping margin of 4.95 percent for BlueScope fully reflects the evidentiary record before Commerce and the applicable law.  Specifically, the complete evidentiary record before Commerce fully supports Commerce's Remand Redetermination conclusion that, in light of the additional factual information that Commerce sought and received from BlueScope during the remand proceeding, application of adverse facts available is no longer warranted.

Accordingly, Plaintiffs respectfully urge this Court to affirm Commerce's Remand Redetermination.

        Respectfully submitted,

        <u>/s/  Daniel L. Porter</u>

        Daniel L. Porter
        Christopher Dunn

        Curtis, Mallet-Prevost, Colt & Mosle LLP
        1717 Pennsylvania Avenue, NW
        Washington, DC, 20006
        Tel: (202) 452-7373
        Email: dporter@curtis.com

*Counsel for Plaintiffs BlueScope Steel Ltd., BlueScope Steel (AIS) Pty Ltd. and BlueScope Steel Americas, Inc.*

May 16, 2022