IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| BLUESCOPE STEEL LTD., BLUESCOPE STEEL (AIS) PTY LTD., AND BLUESCOPE STEEL AMERICAS, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>UNITED STATES, <br><br>　　　　　Defendant, <br><br>UNITED STATES STEEL CORPORATION, et al., <br><br>　　　　　Defendant-Intervenors. | Court No. 19-00057 |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFFS' SUBMISSION REGARDING REMAND RESULTS**

　　　　Defendant, the United States, respectfully requests that the Court sustain the United States Department of Commerce's (Commerce) remand results and enter judgment in favor of the United States. *See* Final Results of Remand Redetermination Pursuant to Court Remand (April 4, 2022), ECF No. 72 (Remand Results).

　　　　In its opinion dated December 8, 2021, the Court found that Commerce's determination to apply adverse facts available was not supported by substantial evidence. ECF No. 66. The Court ordered Commerce to reconsider the record and determine whether there was, in fact, a gap in the record to justify its rejection of the Section A Questionnaire response submitted by BlueScope Steel Ltd, BlueScope Steel (AIS) Pty Ltd., and BlueScope Steel Americas Inc. (collectively, BlueScope) or provide "a reasoned explanation as to why the form and manner of

1

its submissions prevents the Department from" relying on that submission. *Id.* at 28-29. The Court also remanded Commerce, with respect to BlueScope's Section B and C questionnaire responses, to inform plaintiffs of any deficiencies in their submissions based on this renewed consideration, and – should Commerce continue to apply adverse facts available – make a "distinct finding" as to whether BlueScope cooperated to the best of their ability. *Id.* On remand, Commerce issued a supplemental questionnaire and reconsidered the record in light of the Court's opinion, ultimately concluding that the application of adverse facts available was no longer warranted. ECF No. 72-1 at 1.

Commerce has fully complied with the Court's remand order in this case, and no party challenged the Remand Results. Indeed, the only party to comment on the Remand Results, BlueScope, commented in support, stating that Commerce's Remand Results fully complied with this Court's opinion and reflected the evidentiary record of the proceeding. *See* ECF No. 73.

For these reasons, we respectfully request that the Court sustain Commerce's remand results and enter final judgment in favor of the United States.

                                                           Respectfully submitted,

                                                           BRIAN M. BOYNTON
                                                           Principal Deputy Assistant Attorney General

                                                           PATRICIA M. MCCARTHY
                                                           Director

                                                           /s/ Tara K. Hogan
                                                           TARA K. HOGAN
                                                           Assistant Director

| OF COUNSEL: | /s/ Kelly A. Krystyniak |
| --- | --- |
|  | KELLY A. KRYSTYNIAK |
| SPENCER NEFF | Trial Attorney |
| Staff Attorney | Commercial Litigation Branch |
| Office of the Chief Counsel | Civil Division |

|  |  |
|---|---|
| For Trade Enforcement & Compliance<br>U.S. Department of Commerce<br><br><br>Dated: June 15, 2022 | U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-0163<br>Fax: (202) 514-8640<br>Email: kelly.a.krystyniak@usdoj.gov |

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

|  |  |
|---|---|
| BLUESCOPE STEEL LTD., BLUESCOPE STEEL (AIS) PTY LTD., AND BLUESCOPE STEEL AMERICAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> UNITED STATES STEEL CORPORATION, et al., <br><br> Defendant-Intervenors. | Court No. 19-00057 |

## **JUDGMENT**

Upon consideration of the United States Department of Commerce's Final Results of Redetermination Pursuant to Court Remand (Dep't Commerce April 14, 2022), ECF No. 72, plaintiffs' comments submitted in support of the remand redetermination (ECF No. 74), and all other pertinent papers, it is hereby:

**ORDERED** that the United States Department of Commerce's Final Results of Redetermination Pursuant to Court Remand (Dep't Commerce April 14, 2022), ECF No. 72, are sustained; and it is further

**ORDERED** that judgment be, and hereby is, entered for defendant the United States.

**SO ORDERED**.

Dated: _____          _____
       New York, NY                                   JUDGE